COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause Number:       01-12-00173-CV

Trial Court Cause
Number:       0980317

Style:       Amado Yanez

       **v** Daniela Ducasson

Date motion filed[*]:       January 14, 2013

Type of motion:       Motion for Extension of Time to File Motion for Rehearing

Party filing motion:       Appellant

Document to be filed:       Motion for Rehearing

Is appeal accelerated? ☐ Yes  ☒ No

If motion to extend time:

    Original due date:       January 14, 2013

    Number of previous extensions granted:    1

    Date Requested:       January 14, 2013

Ordered that motion is:

    ☒   Granted

         If document is to be filed, document due:  January 28, 2013

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____

Judge's signature: /s/ Laura C. Higley
        ☒ Acting individually    ☐ Acting for the Court

Panel consists of  Justices Jennings, Higley, and Sharp

Date:  January 30, 2013